1  Nicholas J. Bontrager, Esq. (SBN 252114)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 802-0021
   nbontrager@consumerlawcenter.com
4  Attorneys for Plaintiff, MARGIE O'CONNER

5

6              **UNITED STATES DISTRICT COURT,**
               **EASTERN DISTRICT OF CALIFORNIA,**
7                    **SACRAMENTO DIVISION**

8  MARGIE O'CONNER,              )   **Case No.: 2:10−CV−03002−GEB−KJN**
                                  )
9           Plaintiff,            )   **NOTICE OF SETTLEMENT**
                                  )
10      v.                        )
                                  )
11 NCO FINANCIAL SYSTEMS, INC.,   )
                                  )
12          Defendant.            )
                                  )
13 _____ )

14
       NOW COMES the Plaintiff, MARGIE O'CONNER, by and through the undersigned
15
   counsel and hereby informs the court that a settlement of the present matter has been reached and
16
   is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the
17
   next 40 days.
18
           Plaintiff therefore requests that this honorable court vacate all dates currently set
19
   on calendar for the present matter.
20
                              RESPECTFULLY SUBMITTED,
21

22

23

24

25

- 1 -

NOTICE OF SETTLEMENT

1  DATED:  September 9, 2011                KROHN & MOSS, LTD.

2

3                                       By: /s/ Nicholas J. Bontrager

4                                           Nicholas J. Bontrager
                                            Attorney for Plaintiff Margie O'Conner
5

NOTICE OF SETTLEMENT