IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARGIE O'CONNER,  )
                                   )   2:10-cv-03002-GEB-KJN
       Plaintiff,  )
                                   )
   v.  )   ORDER RE: SETTLEMENT AND
                                   )   DISPOSITION
NCO FINANCIAL SYSTEMS, INC.,  )
                                   )
       Defendant.  )
_____ )

        Plaintiff filed a "Notice of Settlement" on September 9, 2011, in which she states, "a settlement of the present matter has been reached and . . . Plaintiff anticipates [the settlement] will be finalized within the next 40 days." (ECF No. 15.)

        Therefore, a dispositional document shall be filed no later than October 20, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        IT IS SO ORDERED.

Dated: September 12, 2011

                                                              _____
                                                              GARLAND E. BURRELL, JR.
                                                              United States District Judge